| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>COFFMAN, JENNIFER B | 2. Court or Organization<br><br>E.D. AND W.D./KY | 3. Date of Report<br><br>6/10/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>306 US COURTHOUSE<br>101 BARR STREET<br>LEXINGTON, KY 40588-2228 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. CUSTODIAN | VANGUARD GROUP - UGMA |
| 2. ADVISORY BOARD | SHEPHERD CENTER (FOR SPINAL CORD INJURY AND REHABILITATION) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED Jun 14 2 22 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.   2003 | DENTAL PRACTICE |
| 2.   2003 | HEALTH CENTERED LIVING BUSINESS |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UNIFIED BANKING COMPANY | DENTAL PRACTICE LOAN | L |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMMON STOCK - CITIZENS BANK | A | Dividend | J | U | | | | | |
| 2. MONEY MARKET PRIME | A | Dividend | | | PARTIAL SALE | 03/24 | J | | |
| 3. | | | | | BUY | 04/29 | J | | |
| 4. | | | | | SALE | 05/09 | J | | |
| 5. DENTAL PRACTICE PROFIT SHARING PLAN | | | | | | | | | |
| 6. -HARBINGER FUND, LP | | None | K | U | BUY | 03/12 | K | | |
| 7. -SOUTHWEST AIRLINES CO. | A | Dividend | J | T | BUY | 02/28 | J | | |
| 8. | | | | | BUY | 04/25 | J | | |
| 9. -ALIGN TECHNOLOGY INC. | | None | K | T | BUY | 04/09 | J | | |
| 10. | | | | | PARTIAL SALE | 05/22 | J | D | |
| 11. | | | | | BUY | 07/02 | J | | |
| 12. | | | | | BUY | 08/11 | J | | |
| 13. | | | | | BUY | 09/05 | J | | |
| 14. | | | | | BUY | 09/26 | J | | |
| 15. | | | | | BUY | 11/10 | J | | |
| 16. -PREMIER MONEY MARKET-MONEY MARKET PORTFOLIO | A | Dividend | K | T | PARTIAL SALE | 01/08 | J | | |
| 17. | | | | | BUY | 01/13 | J | | |
| 18. | | | | | BUY | 01/22 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | BUY | 01/29 | J | | |
| 20. | | | | | BUY | 02/18 | J | | |
| 21. | | | | | BUY | 02/26 | J | | |
| 22. | | | | | PARTIAL SALE | 03/05 | J | | |
| 23. | | | | | BUY | 03/12 | J | | |
| 24. | | | | | PARTIAL SALE | 03/12 | K | | |
| 25. | | | | | PARTIAL SALE | 03/13 | J | | |
| 26. | | | | | BUY | 03/26 | J | | |
| 27. | | | | | BUY | 03/28 | J | | |
| 28. | | | | | PARTIAL SALE | 04/08 | J | | |
| 29. | | | | | PARTIAL SALE | 04/14 | -J | | |
| 30. | | | | | BUY | 04/16 | J | | |
| 31. | | | | | PARTIAL SALE | 04/17 | J | | |
| 32. | | | | | BUY | 04/23 | K | | |
| 33. | | | | | PARTIAL SALE | 04/30 | J | | |
| 34. | | | | | BUY | 05/0 | J | | |
| 35. | | | | | PARTIAL SALE | 05/08 | J | | |
| 36. | | | | | PARTIAL SALE | 05/09 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | BUY | 05/12 | J | | |
| 38. | | | | | BUY | 05/28 | K | | |
| 39. | | | | | BUY | 05/29 | J | | |
| 40. | | | | | BUY | 06/04 | J | | |
| 41. | | | | | BUY | 06/26 | J | | |
| 42. | | | | | PARTIAL SALE | 07/08 | K | | |
| 43. | | | | | BUY | 07/09 | J | | |
| 44. | | | | | BUY | 07/28 | J | | |
| 45. | | | | | PARTIAL SALE | 08/14 | J | | |
| 46. | | | | | BUY | 08/21 | J | | |
| 47. | | | | | BUY | 08/27 | J | | |
| 48. | | | | | PARTIAL SALE | 09/10 | J | | |
| 49. | | | | | BUY | 09/25 | J | | |
| 50. | | | | | PARTIAL SALE | 10/01 | J | | |
| 51. | | | | | BUY | 10/02 | J | | |
| 52. | | | | | PARTIAL SALE | 10/08 | J | | |
| 53. | | | | | PARTIAL SALE | 10/23 | J | | |
| 54. | | | | | BUY | 11/04 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | BUY | 11/10 | J | | |
| 56. | | | | | PARTIAL SALE | 11/14 | K | | |
| 57. | | | | | BUY | 11/20 | J | | |
| 58. | | | | | BUY | 12/19 | J | | |
| 59. | | | | | PARTIAL SALE | 12/30 | J | | |
| 60. - BURNHAM INVESTMENT TRUST FINANCIAL SERVICES FUND CLASS A | A | Dividend | J | T | BUY | 07/02 | J | | |
| 61. -NU SKIN ENTERPRISES INC. | A | Dividend | K | T | BUY | 10/20 | J | | |
| 62. | | | | | BUY | 11/10 | J | | |
| 63. -FEDERAL HOME LOAN MORTGAGE CORPORATION | A | Dividend | J | T | BUY | 07/02 | J | | |
| 64. -NUVEEN FLORIDA QUALITY INCOME MUNICIPAL FUND | | None | | | BUY | 09/05 | J | | |
| 65. | | | | | SALE | 10/20 | J | A | |
| 66. RENTAL PROPERTY-EARLINGTON, KY | C | Rent | K | U | | | | | |
| 67. VANGUARD GROUP UGMA ACCOUNT | | | | | | | | | |
| 68. -PRIME MONEY MARKET FUND | A | Dividend | | | PARTIAL SALE | 01/29 | J | | |
| 69. | | | | | BUY | 02/24 | J | | |
| 70. | | | | | PARTIAL SALE | 02/27 | J | | |
| 71. | | | | | PARTIAL SALE | 03/24 | J | | |
| 72. | | | | | BUY | 03/25 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A –H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. | | | | | PARTIAL SALE | 03/28 | J | | |
| 74. | | | | | BUY | 04/30 | J | | |
| 75. | | | | | SALE | 05/01 | J | | |
| 76.  -SHORT-TERM BOND INDEX INV | A | Dividend | | | PARTIAL SALE | 02/24 | J | | |
| 77. | | | | | PARTIAL SALE | 03/25 | J | | |
| 78. | | | | | SALE | 04/30 | J | A | |
| 79.  -TOTAL BOND MARKET INDEX FUND | A | Dividend | | | PARTIAL SALE | 02/24 | J | | |
| 80. | | | | | PARTIAL SALE | 03/25 | J | | |
| 81. | | | | | SALE | 04/30 | J | A | |
| 82.  -REIT INDEX FUND INV | A | Dividend | | | PARTIAL SALE | 02/24 | J | | |
| 83. | | | | | PARTIAL SALE | 03/25 | J | | |
| 84. | | | | | SALE | 04/30 | J | A | |
| 85.  -WINDSOR FUND INVESTOR | | None | | | PARTIAL SALE | 02/24 | J | | |
| 86. | | | | | PARTIAL SALE | 03/25 | J | | |
| 87. | | | | | SALE | 04/30 | J | A | |
| 88.  ROTH IRA #3 | | | | | | | | | |
| 89.  -VANGUARD WELLINGTON ADMIRAL (INVESTOR) | A | Dividend | J | T | PARTIAL SALE | 03/20 | J | A | |
| 90. | | | | | PARTIAL SALE | 06/19 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | PARTIAL SALE | 09/16 | J | A | |
| 92. | | | | | PARTIAL SALE | 12/16 | J | A | |
| 93. IRA #1 (UNIFIED TRUST.) | | | | | | | | | |
| 94. -FEDERATED MID CAP FUND | A | Dividend | J | T | | | | | |
| 95. -FEDERATED PRIME CASH | A | Dividend | J | T | PARTIAL SALE | 03/19 | J | | |
| 96. | | | | | BUY | 05/14 | J | | |
| 97. | | | | | PARTIAL SALE | 06/19 | J | | |
| 98. | | | | | PARTIAL SALE | 09/11 | J | | |
| 99. | | | | | PARTIAL SALE | 09/16 | J | | |
| 100. | | | | | PARTIAL SALE | 12/16 | J | | |
| 101. -COMMON STOCK - SELECTED AMERICAN | A | Dividend | K | T | | | | | |
| 102. -THOMPSON PLUMB GROWTH | A | Dividend | K | T | | | | | |
| 103. -FIRST AMERICAN REAL ESTATE SECURITIES FUND | B | Dividend | K | T | | | | | |
| 104. -PIMCO TOTAL RETURN ADMIN | A | Dividend | | | SALE | 04/24 | K | | |
| 105. -COLUMBIA ACORN Z (FORMERLY KNOWN AS LIBERTY ACORN Z) | A | Dividend | K | T | | | | | |
| 106. -AMERICAN FUNDS INTERMED BOND | A | Dividend | K | T | BUY | 04/25 | K | | |
| 107. -MONEY MARKET PRIME | A | Dividend | J | T | BUY | 02/14 | J | | |
| 108. | | | | | PARTIAL SALE | 03/24 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | | |
|---|---|---|
| Name of Person Reporting<br><br>COFFMAN, JENNIFER B | Date of Report<br><br>6/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. | | | | | BUY | 05/15 | J | | |
| 110. | | | | | PARTIAL SALE | 06/23 | J | | |
| 111. | | | | | BUY | 08/15 | J | | |
| 112. | | | | | BUY | 11/14 | J | | |
| 113. -INDEX MID CAP | A | Dividend | J | T | | | | | |
| 114. -WASHINGTON MUTUAL | A | Dividend | J | T | | | | | |
| 115. -INDEX EXTD MKT | A | Dividend | J | T | | | | | |
| 116. -WILLIAMS SONOMA | | None | J | T | | | | | |
| 117. -INDEX 500 | A | Dividend | J | T | | | | | |
| 118. IRA #2 (UNIFIED TRUST) | | | | | | | | | |
| 119. -FEDERATED MID CAP FUND | A | Dividend | J | T | | | | | |
| 120. -FEDERATED PRIME CASH | A | Dividend | J | T | PARTIAL SALE | 03/19 | J | | |
| 121. | | | | | BUY | 05/14 | J | | |
| 122. | | | | | PARTIAL SALE | 06/19 | J | | |
| 123. | | | | | PARTIAL SALE | 09/16 | J | | |
| 124. | | | | | PARTIAL SALE | 12/16 | J | | |
| 125. -COMMON STOCK - SELECTED AMERICAN | A | Dividend | K | T | | | | | |
| 126. -FIRST AMERICAN REAL ESTATE SECURITIES FUND | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount Code 1 (A –H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  -PIMCO TOTAL RETURN ADMIN | A | Dividend | | | SALE | 04/24 | J | | |
| 128.  -THOMAS PLUMB GROWTH | A | Dividend | J | T | | | | | |
| 129.  -COLUMBIA ACORN Z (FORMERLY KNOWN AS LIBERTY ACORN Z) | A | Dividend | J | T | | | | | |
| 130.  -AMERICAN FUNDS INTERMED BOND | A | Dividend | J | T | BUY | 04/25 | J | | |
| 131.  KENTUCKY TAX-FREE INCOME SERIES | A | Dividend | K | T | BUY | 12/04 | K | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000      G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000       L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                         P4 = $More than $50,000,000
3. Value Method Codes:         Q = Appraisal              R = Cost (Real Estate Only)   S = Assessment              T = Cash/Market
   (See Column C2)             U = Book Value             V = Other                  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

THE INFORMATION BELOW WAS INCLUDED ON THE 2002 REPORT AND IS NOT INCLUDED ON THE 2003 REPORT.

PART VI.

LINE 1. FIFTH THIRD BANK - DENTAL PRACTICE LOAN.  THE LOAN BALANCE AT 12/31/03 WAS 0.

PART VII.

LINE 1:  LOAN TO FORMER DENTAL PARTNER - DR. FRED L. BALLOU.  THE LOAN BALANCE AT 12/31/03 WAS 0.
LINE 25-27: EXPLORER FUND - SOLD IN 2002
LINE 28-30: GROWTH INDEX FUND - SOLD IN 2002
LINE 31-33: 500 INDEX FUND - SOLD IN 2002
LINE 34-36: MID-CAP INDEX FUND - SOLD IN 2002
LINE 43: SPECIAL EQUITY FUND - SOLD IN 2002
LINE 44: SMALL MID CAP FUND - SOLD IN 2002
LINE 45: INVESTMENT CO. OF AMERICA - SOLD IN 2002
LINE 46: GROWTH FUND OF AMERICA - SOLD IN 2002
LINE 51-52: DREYFUS EMERGING LEADERS - SOLD IN 2002
LINE 57: DELL COMPUTER - SOLD IN 2002
LINE 58: NASDAQ 100 TRUST - SOLD IN 2002
LINE 67: SPECIAL EQUITY FUND - SOLD IN 2002
LINE 68: SMALL MID CAP FUND - SOLD IN 2002
LINE 69: INVESTMENT CO. OF AMERICA - SOLD IN 2002
LINE 70: GROWTH FUND OF AMERICA - SOLD IN 2002
LINE 75-76: DREYFUS EMERGING LEADERS - SOLD IN 2002

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>COFFMAN, JENNIFER B | Date of Report<br><br>6/10/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: █████████████████

Date  6/11/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544